IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANA M. EASTERLING.                                                                                  PLAINTIFF

vs.                                              CIVIL ACTION NO. 3:14-CV-797-HTW-LRA

SHERIFF KENNETH LEWIS                                                                     DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The defendant's motion to dismiss [docket no. 5] is granted.

**SO ORDERED AND ADJUDGED, this the 26th day of February, 2015.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE